IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN CARTIER, | ) | 4:08CV3162 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEMAHA COUNTY JAIL, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On October 24, 2008, the court denied Petitioner's Motion to Proceed In Forma Pauperis and required the payment of the $5.00 filing fee no later than November 24, 2008. (Filing No. 7.) The court warned Petitioner that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Petitioner has not paid the $5.00 filing fee or filed any other response to the court's previous Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

January 23, 2009.          BY THE COURT:

                           s/ Joseph F. Bataillon
                           Chief United States District Judge